UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| INDIANA WESLEYAN UNIVERSITY, | ) | Case No. 1:24-cv-239-PPS-APR |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| OLÉ HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**

Plaintiff, Indiana Wesleyan University, and Defendant, Olé Holdings, Inc., each by their respective counsel, move the Court to enter the Stipulated Protective Order they filed on November 27, 2024. (Dkt. No. 17.) In support of this Joint Motion, the parties state:

1. The parties submit their Stipulated Protective Order, which is based on the form protective order on Judge Martins' webpage, with certain modifications the parties deem necessary for this particular matter, for pretrial and discovery purposes only.

2. The parties, through discovery, intend to seek certain information and documents that contain proprietary and confidential information related to: (a) business plans, financial projections, and investment strategies relating to Olé's provision of education services and software; (b) contracts, agreements, communications, and financial information concerning Olé's Educational Services Platform, its development and modification, and the fees for licensing and sublicensing it; and (c) documents, communications, and financial information concerning the Parties' claims and alleged damages. The proposed Stipulated Protective Order seeks to ensure confidentiality of this limited set of information.

3. Courts have recognized that confidential, trade secret, proprietary, financial, and privileged information may be protected in the pretrial phase by protective orders. *Baxter Int'l,*

*Inc. v. Abbot Labs.*, 297 F.3d 544, 545 (7th Cir. 2002); *Bridgestone Americas Holding, Inc. v. Mayberry*, 878 N.E.2d 189 (Ind. 2007); *see also* Fed. R. Civ. P. 26(c)(1)(G).

4. Under the Stipulated Protective Order, the parties are only permitted to designate as confidential the information that falls within certain demarcated categories of confidential business-related or non-public financial information. Further, the Stipulated Protective Order does not restrict (and in fact expressly permits) any party to challenge any information designated as confidential under the Stipulated Protective Order.

WHEREFORE, the parties respectfully request that the Court approve and enter the proposed Stipulated Protective Order and grant the parties all other appropriate relief.

| **QUARLES & BRADY LLP** | **MCDOWELL LAW PLLC** |
|---|---|
| */s/ Jacob V. Bradley* | */s/ Christopher M. McDowell, with permission* |
| Jacob V. Bradley (#27750-49) | Christopher M. McDowell |
| Nicole Perkins, #38307-49 | *Admitted Pro Hac Vice* |
| 135 N. Pennsylvania Street | McDowell Law PLLC |
| Suite 2400 | P.O. Box 491 |
| Indianapolis, IN 46204 | Coppell, TX 75019 |
| jacob.bradley@quarles.com | cmcdowell@mcdowelllawfirm.net |
| Nicole.perkins@quarles.com | |
| (317) 957-5000 – Phone | (817) 678-8170 – Phone |
| (317) 957-5010 - Fax | (469) 373-2245 – Fax |
| *Attorneys for Indiana Wesleyan University* | *Attorneys for Defendant, Olé Holdings, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a copy of the foregoing was served electronically on the following:

Christopher M. McDowell
McDowell Law PLLC
P.O. Box 491
Coppell, TX 75019
cmcdowell@mcdowelllawfirm.net

                                                 */s/ Jacob V. Bradley*
                                                 Jacob V. Bradley