UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| INDIANA WESLEYAN UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-239 |
| | ) | |
| OLÉ HOLDINGS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Joint Motion for Entry of Stipulated Protective Order [DE 18] filed on December 6, 2024. Although the parties represent stipulating to a protective order, they have not provided a proposed order to the court by email in usable Word or WordPerfect format as required by the Local Rules and the CM/ECF Civil and Criminal User Manual for the Northern District of Indiana. The court requires compliance with this requirement before entry of the protective order.

Accordingly, the court **TAKES UNDER ADVISEMENT** the Joint Motion for Entry of Stipulated Protective Order [DE 18] and **DIRECTS** the parties to submit the proposed order by email to rodovich_chambers@innd.uscourts.gov in .doc format, in accordance on or by January 2, 2025.

ENTERED this 18th day of December, 2024.

/s/ Andrew P. Rodovich
United States Magistrate Judge